**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6074**

---

RONALD JAMES MINNICK,

                                    Petitioner - Appellant,

        versus

THOMAS R. CORCORAN, Warden; ATTORNEY GENERAL
OF THE STATE OF MARYLAND,

                                    Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-97-849-WMN)

---

Submitted:  April 13, 2000          Decided:  April 21, 2000

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Mark Lawrence Gitomer, CARDIN & GITOMER, P.A., Baltimore, Maryland,
for Appellant.  Annabelle Louise Lisic, OFFICE OF THE ATTORNEY GEN-
ERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald James Minnick seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999), and on his motion filed pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Nor do we find abuse of discretion in the district court's denial of Minnick's motion for reconsideration. See Temkin v. Frederick County Comm'r, 945 F.2d 716, 724 (4th Cir. 1991). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Minnick v. Corcoran, No. CA-97-849-WMN (D. Md. Feb. 25, 1999; Dec. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED